UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

           v.                Criminal No. 00-806(SEC)

CARLOS TONOS-FLOREZAN
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 68**<br>**Motion Release of Funds** | **GRANTED.** The Court has been informed that the Offices of Jan Johnson and José R. Carrión are no longer in business. However, said parties appear as payees in the Court's Judgment imposing restitution against Co-defendant Tonos-Florezan. <u>See</u> Docket # 37 at p. 5. Accordingly, the Clerk of the Court is instructed to issue the checks in restitution in the name of Surety Recovery Management, LLC pursuant to the letter dated October 14, 2005 filed in Docket # 68. |

DATE:   August 25, 2006

                                                          S/ Salvador E. Casellas
                                                          SALVADOR E. CASELLAS
                                                          U.S. Senior District Judge